# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3550
_____

JOSHUA M. MORRIS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

March 19, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joshua M. Morris, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.